IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Red River Bancshares, Inc. | § | Civil Action No. 5:17-CV-01370 |
| Red River Bank, LSCB | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Judge Maurice Hicks, Jr. |
| v. | § | |
| | § | |
| Red River Employees Federal Credit Union | § | |
| | § | |
| Defendant | § | Magistrate Judge Mark L. Hornsby |

**Notice of Settlement and Request for Sixty Day Dismissal**

NOW INTO COURT, come Red River Bancshares, Inc.; Red River Bank, LSCB; and Red River Employees Federal Credit Union who jointly advise the Court that they have resolved the above captioned litigation. The parties respectfully request the Court to enter a sixty (60) day dismissal to give the Parties time to reduce their agreement to a formal settlement document. The parties request leave to return to court within sixty (60) days to request dismissal consistent with the terms of their formal settlement document or to enforce their current settlement. In the absence of a filing with the court within 60 days, the parties request that the court dismiss the case with prejudice.

| | |
|---|---|
| November 16, 2020 | Respectfully submitted, |
| | |
| By: s/ Marc S. Whitfield/ | By: s/R. Bennett Ford, Jr. / |
| Marc S. Whitfield | R. Bennett Ford, Jr. (La. Bar 24,093) |
| La. Bar. # 18,534 | **ROY, KIESEL, FORD, DOODY & NORTH** |
| **TAYLOR, PORTER,** | P.O. Box 15928 |
| **BROOKS & PHILLIPS, LLP** | Baton Rouge, LA  70895-5928 |
| 450 Laurel St., 8th Floor (70801) | 225-927-9908 |
| P.O. Box 2471 | 225-926-2685 (facsimile) |
| Baton Rouge, Louisiana 70821 | |
| Telephone: (225) 387-3221 | rbf@roykiesel.com |
| Facsimile: (225) 346-8049 | |
| Email: marc.whitfield@taylorporter.com | |
| | |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFFS** |

**Certificate of Service**

     I certify that a copy of this Notice was served on all counsel of record on this 16th day of November, 2020, via the court's CM/ECF system. I further certify that I have conferred with counsel for Defendant, Marc Whitfield, and obtained his consent to apply his electronic signature to this notice.

s/R. Bennett Ford, Jr. /
R. Bennett Ford, Jr.